UNITED STATES OF AMERICA
DISTRICT COURTS
DISTRICT OF MARYLAND

Lea Shawnay Bell

vs.

United States

PETITIONER:
Name: Lea Shawnay Bell
Register No.: 44230-037
Case No.: RDB-1-09-CR-0271-2

MOTION TO MODIFY RESTITUTION JUDGEMENT

RDB-1-09-CR-0271-2

FEB 13 2013

    I petitioner come before the courts to Modify Restitution Payments. I, petitioner Lea Shawnay Bell ask said courts during the period of incarceration, to defer payments until said petitioner is transferred to a facility that has the occupational capacity to employ. Petitioner is currently housed at S.F.F. Hazelton prison, where employment is hard to gain. This can be verified through the said petitioners Case Manager. The petitioner seeks at this time for the court to establish a set payment plan of $25.00 per quarter. The petitioner asks that the court will advise that the order of payment be honored by the F.B.O.P.

    We respectfully thank the court for their time. We expect the court will deem what is just and proper.

Petitioner, pro se

*/s/ Lea Bell*

Enc: US v. Evans

Return Receipt Request:
Lea Shawnay Bell
S.F.F. Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525

imposed by the Judgment, and the defendant has offered no justification for altering this aspect of her restitution obligations.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:        /s/
                A. Brendan Stewart
                Trial Attorney
                Court ID No. A5501801
                United States Department of Justice
                Criminal Division, Fraud Section
                1400 New York Avenue, N.W.
                Washington, D.C. 20005
                Phone: (202) 716-1142
                Fax: (202) 514-6118
                brendan.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2012, I electronically filed and served with the Clerk of the Court using CM-ECF the foregoing Response of the Government and U.S. Probation to Defendant's Motion To Modify Restitution Judgment, except for the following parties, who were served by mail:

Natalie Maria Evans
97290-004
S.F.F. Hazelton
PO Box 3000
Bruceton Mills, WV 26525

Richard Perlini
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, FL 33316

/s/
A. Brendan Stewart
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

**Responses and Replies to Motions**
1:11-cr-20594-JEM USA v. Williams et al **CASE CLOSED on 02/09/2012**

U.S. District Court

Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered by Stewart, A. on 10/29/2012 at 11:27 AM EDT and filed on 10/29/2012
**Case Name:**       USA v. Williams et al
**Case Number:**   1:11-cr-20594-JEM
**Filer:**                  USA
**Document Number:** 86

**Docket Text:**
RESPONSE in Opposition by USA as to Natalie Maria Evans re [83] MOTION to Amend/Correct [76] Judgment (Stewart, A.)

**1:11-cr-20594-JEM-2 Notice has been electronically mailed to:**

A. Brendan Stewart    brendan.stewart@usdoj.gov

Bradford M. Cohen    lawronin@aol.com, nadia.bclaw@gmail.com

Jennifer L. Saulino   jennifer.saulino@usdoj.gov

Steven Kim   steven.kim@usdoj.gov, maureen.booker@usdoj.gov

**1:11-cr-20594-JEM-2 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Natalie Maria Evans(Terminated)
97290-004
S.F.F. Hazelton
PO Box 3000
Bruceton Mills, WV 26525

Richard Perlini
Richard Perlini
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, FL 33316

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=10/29/2012] [FileNumber=10660511
-0] [235692e59da4f6d1b2414c67c03e2ca167307b22ee6a63c83d5ea60356761bbe7
e3a15b29bcc26758f0631f30ea6df7d623d0f45d4189c29ae0c91e4c0abd729]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20594-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

NATALIE M. EVANS,
 a/k/a Natalie Smiley Evans

        Defendant.
_____/

## THE RESPONSE OF THE GOVERNMENT AND U.S. PROBATION TO DEFENDANT'S MOTION TO MODIFY RESTITUTION JUDGMENT

The United States, by and through the undersigned Trial Attorney, respectfully submits this Response of the Government and U.S. Probation to Defendant's Motion To Modify Restitution Judgment (D.E. #83). The defendant by her motion represents that she is unable to find work where she is presently incarcerated and, therefore, seeks to have the Court modify the restitution obligations of the Judgment (D.E. #76) entered in her case in order (1) to stay any obligation to pay restitution during the period of her incarceration until she is able to find employment in a Federal Prison Industries (UNICOR) job, and (2) to set a requirement that the defendant pay a maximum of $25.00 per quarter toward her restitution obligations during any period in which she is employed in a UNICOR job.

The Government has conferred with U.S. Probation and is prepared to agree to the defendant's request for a stay in the defendant's obligation to pay restitution during the period of her incarceration until she is able to find employment in a UNICOR job. It is, however, the position of the Government and the recommendation of U.S. Probation that the defendant's restitution obligations should remain unchanged in all other respects. Pursuant to the Judgment, the defendant is required to pay 50% of wages earned through a UNICOR job toward the financial obligations

CERTIFICATE OF SERVICE

I hereby certify that on this date, I did serve a copy of this document to Clerk of United States District Court, 101 W. Lombard St., Baltimore, MD, 21201-2691, by United States First Class Mail.

2·5·13
Date

Lea Shawnay Bell